AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-12539

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Federal Trade Commission

was received by me on *(date)*    01/09/2020    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Federal Trade Commission
Attorney General of the United States
U.S. Attorney for the District of Massachusetts

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    01/10/2020

*Server's signature*

Lauren Godles Milgroom, Esq.
*Printed name and title*

260 Franklin St. Suite 1860
Boston, MA 02110
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

1. Article Addressed to:

Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

||||||||||||||||||||||||||||||||||
9590 9402 1688 6053 0418 82

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7012 3050 0000 7288 0401

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
William P. Barr
950 Pennsylvania Ave, NW

Washington, DC 20530 - 0001

9590 9402 1688 6053 0418 99

2. Article Number (Transfer from service label)

7012 3050 0000 7288 0395

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Early Isaac_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

DEC 2 3 2019

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Atty Andrew E. Lelling
John Joseph Moakley U.S. Federal Court.
1 Courthouse Way, Suite 9200
Boston, MA 02110

9590 9402 1688 6053 0419 05

2. Article Number *(Transfer from service label)*

7012 3050 0000 7288 0388

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

12/19/19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

DEC 20 '19 PM2:26

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt