UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOCK & LEVITON LLP,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | C.A. No. 19-cv-12539 |

**PLAINTIFF'S MOTION TO SET 30-DAY DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT IN ACCORDANCE WITH FOIA, 5 U.S.C. § 552(A)(4)(C)**

Plaintiff, Block & Leviton LLP ("Plaintiff"), respectfully moves to set a thirty-day deadline for Defendant Federal Trade Commission ("Defendant") to respond to Plaintiff's complaint. In support of this motion, Plaintiff states as follows:

1. On December 18, 2019, Plaintiff filed a complaint in this Court under the Freedom of Information Act ("FOIA").[1]

2. Under the Federal Rules of Civil Procedure, United States agencies ordinarily have sixty days to answer a complaint.[2]

3. However, FOIA sets the deadline for all defendants—without exception—at thirty days.[3]

---

[1] 5 U.S.C. § 552.

[2] Fed. R. Civ. P. 12(a)(2).

[3] 5 U.S.C. § 552(a)(4)(C); *American Civil Liberties Union Of Maine Foundation v. U.S. Dep't of Homeland Sec.*, 2:18-cv-00176-JDL, ECF No. 7 (D. Me. May 22, 2018) (resetting answer deadline from 60 days to 30 days pursuant to 5 U.S.C. § 552(a)(4)(C)).

*[Handwritten margin notes: "1/13/2020 declined"; "Paras 2 & 3 same"]*