**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BLOCK & LEVITON LLP,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | Civil Action No. 19-12539 |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(d), Plaintiff, Block & Leviton LLP ("Plaintiff"), and Defendant, the Federal Trade Commission (the "FTC," and, together with Plaintiff, the "Parties"), hereby submit the following joint statement:

Plaintiff instituted this action pursuant to the Freedom of Information Act ("FOIA") to obtain certain records from the FTC concerning the conduct described in *United States of America v. Facebook, Inc.*, No. 19-cv-2184 (D.D.C.), the related Cambridge Analytica inquiry, and the July 24, 2019 settlement related thereto. Plaintiff seeks to investigate whether, as part of its settlement with the FTC, Facebook agreed to pay a larger penalty than necessary to shield Mark Zuckerberg from personal liability.

## I. Timetable For Discovery and Motion Practice

A. Fact Discovery

The Parties do not anticipate any need for fact discovery (beyond the production of the requested documents and the production of a *Vaughn* index).

B. Motion Practice

The Parties propose the following schedule:

| Event | Deadline |
|---|---|
| Deadline for amendments to pleadings | February 17, 2020 |
| Deadline for Defendant to file its motion for summary judgment and *Vaughn* index | April 10, 2020 |
| Deadline for Plaintiff to file its opposition and any cross-motion for summary judgment | May 1, 2020 |
| Deadline for Defendant to file its opposition to Plaintiff's motion for summary judgment | May 22, 2020 |

Motions and oppositions shall not exceed twenty (20) pages, excluding the separate, Local Rule 56.1 statements of undisputed fact. Any reply memoranda shall be governed by the Local Rules.

## II. Obligations of Counsel to Confer

The Parties conferred regarding their obligations under Local Rule 16.1(b) at least twenty-one (21) days before the scheduling conference. Plaintiff served a written settlement proposal to the FTC more than fourteen (14) days before the date of the scheduling conference.

The Parties do not consent to trial by Magistrate Judge at this time.

## III. Certification Pursuant to Local Rule 16.1

Certifications pursuant to Local Rule 16.1 will be filed separately.

Dated: February 10, 2020

__/s/_Jason M. Leviton___________
Jason M. Leviton (BBO # 678331)
Joel A. Fleming (BBO # 685285)
Lauren Godles Milgroom (BBO # 698743)

260 Franklin St., Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020

*Attorneys for Plaintiff*
*Block & Leviton LLP*

*/s/ Jason C. Weida*____________
Jason C. Weida
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3180
Jason.Weida@usdoj.gov

*Counsel for the FTC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by action of the Court's ECF system on February 10, 2020.

/s/ Lauren Godles Milgroom_____
Lauren Godles Milgroom