# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOCK & LEVITON LLP, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | Civil Action No. 1:19-cv-12539-PBS |

## MOTION BY FACEBOOK, INC. TO INTERVENE

Facebook, Inc. respectfully moves the Court for leave to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure. Facebook seeks intervention as of right pursuant to Rule 24(a)(2), or in the alternative, permissive intervention under Rule 24(b)(1)(B), in order to assert the defense set forth in Facebook's Answer, filed with this Motion, and to participate fully in this action.

Dated: February 18, 2020

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ *Joshua S. Lipshutz*
Joshua S. Lipshutz (BBO No. 675305)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Intervenor Facebook, Inc.*

.

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing.

By: */s/ Joshua S. Lipshutz*
Joshua S. Lipshutz