UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOCK & LEVITON LLP,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>        Defendant. | Civil Action No. 1:19-cv-12539-PBS |

**INTERVENOR FACEBOOK, INC.'s ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant-Intervenor Facebook, Inc., by and through its undersigned counsel, hereby answers Plaintiff's Complaint filed on December 18, 2019.

**General Denial**

Except as expressly admitted, Facebook denies each and every factual allegation contained in the Complaint. Facebook states that the headings, sub-headings, and footnotes throughout the Complaint do not constitute well-pled allegations of fact and therefore require no response. The extent a response is required, Facebook denies the allegations in the headings, sub-headings, and footnotes in the Complaint.

**Specific Responses**

Facebook answers specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, as follows:

**INTRODUCTION**

1.  To the extent that Paragraph 1 purports to characterize the Complaint, the Complaint speaks for itself. To the extent that Paragraph 1 asserts legal conclusions, no response is required.

2. To the extent that Paragraph 2 purports to characterize the reports to which it refers, Facebook respectfully refers the Court to the contents of the reports for a complete and accurate statement of their contents. Facebook denies any allegations that mischaracterize the reports referenced in Paragraph 2. To the extent that Paragraph 2 asserts additional factual allegations regarding Facebook that require a response, the allegations are denied.

3. To the extent that Paragraph 3 purports to characterize *The Washington Post* article cited in footnote 2, Facebook respectfully refers the Court to the contents of that article for a complete and accurate statement of its contents. Facebook denies any allegations that mischaracterize the article. To the extent that Paragraph 3 asserts additional factual allegations regarding Facebook that require a response, the allegations are denied.

4. To the extent that Paragraph 4 purports to characterize *The Washington Post* article cited in footnotes 3 and 4, Facebook respectfully refers the Court to the contents of that article for a complete and accurate statement of its contents. Facebook denies any allegations that mischaracterize the article. To the extent that Paragraph 4 asserts additional factual allegations regarding Facebook that require a response, the allegations are denied. To the extent that Paragraph 4 asserts facts regarding other parties, Facebook is without knowledge and on that basis the allegations are denied.

5. To the extent that Paragraph 5 purports to characterize *The Washington Post* article cited in footnote 5, Facebook respectfully refers the Court to the contents of that article for a complete and accurate statement of its contents. Facebook denies any allegations that mischaracterize the article. To the extent that Paragraph 5 asserts additional factual allegations regarding Facebook that require a response, the allegations are denied.

6. To the extent that Paragraph 6 purports to characterize the document cited in

footnote 6, Facebook respectfully refers the Court to the contents of that document for a complete and accurate statement of its contents.  Facebook denies any allegations that mischaracterize the document.  Facebook admits that it reached an agreement with the FTC that includes the payment of a $5 billion civil penalty but otherwise denies the allegations in Paragraph 6.

## PARTIES

7. To the extent a response is required, Facebook is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning other parties in Paragraph 7 and on that basis the allegations are denied.

8. Facebook admits that the FTC is an agency of the federal government.  Facebook otherwise is without knowledge or information to form a belief as to the truth or falsity of the allegations concerning other parties in Paragraph 7 and on that basis any remaining allegations are denied.

## JURISDICTION AND VENUE

9. Paragraph 9 contains legal conclusions to which no response is required.

10. Paragraph 10 contains legal conclusions to which no response is required.

11. Facebook is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning other parties in Paragraph 11 and on that basis the allegations are denied.

## FACTS

12. To the extent that Paragraph 12 purports to characterize the document cited in footnote 7, Facebook respectfully refers the Court to the contents of the document for a complete and accurate statement of its contents.  Facebook denies any allegations that mischaracterize the

document.  Facebook otherwise is without knowledge or information to form a belief as to the truth or falsity of the allegations concerning other parties in Paragraph 12 and on that basis any remaining allegations are denied.

13. To the extent that Paragraph 13 purports to characterize the document cited in footnote 7, Facebook respectfully refers the Court to the contents of the document for a complete and accurate statement of its contents.  Facebook denies any allegations that mischaracterize the document.  Facebook otherwise is without knowledge or information to form a belief as to the truth or falsity of the allegations concerning other parties in Paragraph 13 and on that basis any remaining allegations are denied.

14. To the extent that Paragraph 14 purports to characterize the document cited in footnote 8, Facebook respectfully refers the Court to the contents of the document for a complete and accurate statement of its contents.  Facebook denies any allegations that mischaracterize the document.  Facebook otherwise is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 14 and on that basis the allegations are denied.

15. Paragraph 15 contains legal conclusions to which no response is required.  To the extent a response is required, Facebook is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 15 and on that basis the allegations are denied.

16. Paragraph 16 contains legal conclusions to which no response is required.  To the extent that Paragraph 16 purports to characterize the documents cited in footnotes 9 and 10, Facebook respectfully refers the Court to the contents of the documents for a complete and accurate statement of their contents.  Facebook denies any allegations that mischaracterize the

documents. Facebook otherwise is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 16 and on that basis the allegations are denied.

17. Paragraph 17 contains legal conclusions to which no response is required. To the extent that Paragraph 17 purports to characterize the document cited in footnotes 11, 12, and 13, Facebook respectfully refers the Court to the contents of the document, for a complete and accurate statement of its contents. Facebook denies any allegations that mischaracterize the document. To the extent a response is required, Facebook is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 17 and on that basis the allegations are denied.

18. Paragraph 18 contains legal conclusions to which no response is required. To the extent a response is required, Facebook is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 18 and on that basis the allegations are denied.

## COUNT 1

## VIOLATION OF FOIA:  WRONGFUL WITHHOLDING OF DOCUMENTS

19. Facebook asserts and incorporates its responses to all preceding paragraphs as though fully set forth herein.

20. Paragraph 20 contains legal conclusions to which no response is required. To the extent a response is required, Facebook denies the allegations of Paragraph 21, except Facebook admits that Defendant FTC is subject to FOIA, 5 U.S.C. § 552, *et seq*.

21. Paragraph 21 contains legal conclusions to which no response is required. To the extent a response is required, Facebook denies the allegations of Paragraph 21.

22. Paragraph 22 contains legal conclusions to which no response is required. To the extent a response is required, Facebook denies the allegations of Paragraph 22. Facebook denies that Plaintiff is entitled to any relief.

## REQUEST FOR RELIEF

Paragraphs 23 through 26 of the Complaint consist of Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Facebook denies that Plaintiff is entitled to any relief requested.

## FIRST AFFIRMATIVE DEFENSE

The Complaint should be dismissed in whole or in part for failure to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The information requested in Plaintiff's FOIA request is exempt in whole or in part under FOIA, 5 U.S.C. § 552 *et seq.*

## THIRD AFFIRMATIVE DEFENSE

The information requested in Plaintiff's FOIA request is exempt in whole or in part under 15 U.S.C. § 46(f).

## RESERVATION OF SEPARATE AND ADDITIONAL DEFENSES

Facebook reserves the right to assert additional defenses that become available or apparent during the course of this litigation and reserves the right to amend this answer to assert such defenses.

## PRAYER FOR RELIEF

WHEREFORE, Facebook pray that the Court deny the relief requested in the Complaint and dismiss the Complaint and all claims therein with prejudice.

Dated: February 18, 2020                    Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Joshua S. Lipshutz*
Joshua S. Lipshutz (Mass. Bar No. 675305)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Intervenor Facebook, Inc.*