# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOCK & LEVITON LLP,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>   Defendant. | Civil Action No. 1:19-cv-12539-PBS |

## FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, I, the undersigned counsel of record for Facebook, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Facebook, Inc. which have any outstanding securities in the hands of the public:

None.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: February 18, 2020

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Joshua S. Lipshutz*
Joshua S. Lipshutz (BBO No. 675305)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Intervenor Facebook, Inc.*