UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOCK & LEVITON LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL TRADE COMMISSION, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-12539-PBS |

**JOINT STATEMENT REGARDING REVISED PROPOSED CASE SCHEDULE**

Pursuant to the discussion that occurred during the Scheduling Conference on February 19, 2020, the parties submit the following revised, proposed case schedule.

| Event | Original Proposed Deadline | Revised Proposed Deadline |
|---|---|---|
| Deadline for amendments to pleadings | February 17, 2020 | February 17, 2020 |
| Deadline for Defendant to produce first batch of documents to Plaintiff with accompanying *Vaughn* index | N/A | April 15, 2020[1] |
| Deadline for Defendant to file its motion for summary judgment and *Vaughn* index for remaining documents | April 10, 2020 | May 15, 2020 |
| Deadline for Plaintiff to file its opposition and any cross-motion for summary judgment | May 1, 2020 | June 5, 2020 |

---

[1] Although a deadline of April 10, 2020 was discussed at the hearing, counsel for the FTC was unaware that two of the people handling the FOIA review for FTC are on vacation through that date. The parties therefore propose a modest extension.

| Event | Original Proposed Deadline | Revised Proposed Deadline |
|---|---|---|
| Deadline for Defendant to file its opposition to Plaintiff's motion for summary judgment | May 22, 2020 | June 26, 2020 |

Dated: February 21, 2020

      /s/ Jason M. Leviton
Jason M. Leviton (BBO # 678331)
Joel A. Fleming (BBO # 685285)
Lauren Godles Milgroom (BBO # 698743)
260 Franklin St., Suite 1860
Boston, MA 02110
Tel:  (617) 398-5600
Fax:  (617) 507-6020

*Attorneys for Plaintiff*
*Block & Leviton LLP*


/s/ Jason C. Weida
Jason C. Weida
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts  02210
(617) 748-3180
Jason.Weida@usdoj.gov

*Counsel for the FTC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing was filed via the Court's CM/ECF system on February 21, 2020, which will provide notice to all parties of record.

                                                                         */s/ Lauren Godles Milgroom*
                                                                         Lauren Godles Milgroom