UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOCK & LEVITON LLP,<br><br>                Plaintiff,<br><br>      v.<br><br>FEDERAL TRADE COMMISSION,<br><br>                Defendant,<br><br>FACEBOOK, INC.<br><br>                Defendant-Intervenor. | Civil Action No. 1:19-cv-12539-PBS |

## FACEBOOK, INC.'S NOTICE OF APPEAL

Notice is given that Facebook, Inc. appeals to the United States Court of Appeals for the First Circuit from this Court's *Memorandum and Order* filed February 22, 2021 (Dkt. 54), as well as all orders and rulings embraced by the *Memorandum and Order*. A copy of that *Memorandum and Order* is attached as Exhibit A.

The parties to the *Memorandum and Order* appealed from and the names and address of their respective attorneys are as follows:

| | |
|---|---|
| BLOCK & LEVITON LLP<br>Jason M. Leviton<br>Lauren G. Milgroom<br>Block & Leviton LLP<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>617-398-5600<br>Fax: 617-507-6020<br>Email: jason@blockesq.com<br>Email: lauren@blockesq.com | FEDERAL TRADE COMMISSION<br>Jason C. Weida<br>US Attorney's Office - MA<br>J. Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3100<br>Email: jason.weida@usdoj.gov |

FACEBOOK, INC.
Joshua S. Lipshutz
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539
jlipshutz@gibsondunn.com

                                         Respectfully Submitted,

                                         */s/ Joshua S. Lipshutz*

                                         Joshua S. Lipshutz (BBO No. 675305)
                                         Gibson, Dunn & Crutcher LLP
                                         1050 Connecticut Avenue, NW
                                         Washington, DC 20036-5306
                                         Telephone:  202.955.8500
                                         Facsimile:  202.467.0539
                                         jlipshutz@gibsondunn.com

                                         Counsel for Defendant-Intervenor
                                         Facebook, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I filed the foregoing document with this Court using the CM/ECF filing system. This system sends notifications of such filing and service to all counsel of record.

/s/ Joshua S. Lipshutz

Joshua S. Lipshutz (BBO No. 675305)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
jlipshutz@gibsondunn.com

Counsel for Defendant-Intervenor
Facebook, Inc.