UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOCK & LEVITON LLP,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant,<br><br>FACEBOOK, INC.<br><br>    Defendant-Intervenor. | Civil Action No. 1:19-cv-12539-PBS |

### FACEBOOK, INC.'S NOTICE OF APPEAL

Notice is given that Facebook, Inc. appeals to the United States Court of Appeals for the First Circuit from (i) this Court's *Memorandum and Order* filed March 5, 2021 (Dkt. 61), (ii) this Court's *Order of Administrative Stay/Closing* filed March 5, 2021 (Dkt. 62), and (iii) all orders and rulings embraced by the *Memorandum and Order* and *Order of Administrative Stay/Closing*. Copies of both orders are attached as Exhibits A and B.

The parties to the orders appealed from and the names and address of their respective attorneys are as follows:

BLOCK & LEVITON LLP
Jason M. Leviton
Lauren G. Milgroom
Block & Leviton LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
617-398-5600
Fax: 617-507-6020
Email: jason@blockesq.com
Email: lauren@blockesq.com

FEDERAL TRADE COMMISSION
Jason C. Weida
US Attorney's Office - MA
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Email: jason.weida@usdoj.gov

FACEBOOK, INC.
Joshua S. Lipshutz
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539
jlipshutz@gibsondunn.com

                Respectfully Submitted,

                */s/ Joshua S. Lipshutz*

                Joshua S. Lipshutz (BBO No. 675305)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539
jlipshutz@gibsondunn.com

Counsel for Defendant-Intervenor
Facebook, Inc.