UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOCK & LEVITON LLP,<br><br>    Plaintiff,<br><br> v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant,<br><br>FACEBOOK, INC.,<br><br>    Defendant-Intervenor. | Civil Action No. 1:19-cv-12539-PBS |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties, by and through their counsel, hereby stipulate to dismiss this action (No. 1:19-cv-12539-PBS), including all claims set forth in Plaintiff Block & Leviton LLP's complaint, with prejudice. The parties further stipulate that each party shall bear its own costs and fees.

Facebook agrees to voluntarily dismiss its consolidated appeals in the First Circuit (Nos. 21-1172 and 21-1195), with each party bearing its own costs and fees.

//
//
//
//
//
//
//

1

Dated:   June 8, 2021                                Respectfully submitted,


By: */s/ Lauren Godles Milgroom*
Jason M. Leviton (BBO # 678331)
Joel A. Fleming (BBO # 685285)
Lauren Godles Milgroom (BBO # 698743)
260 Franklin St., Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
*Attorneys for Plaintiff*
*Block & Leviton LLP*


By: */s/ Joshua S. Lipshutz*
Joshua S. Lipshutz (BBO No. 675305)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:    202.955.8500
Facsimile:    202.467.0539

*Attorneys for Defendant-Intervenor*
*Facebook, Inc.*


By: */s/ Jason C. Weida*
Jason C. Weida
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3180
Jason.Weida@usdoj.gov

*Attorneys for Defendant*
*Federal Trade Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2021, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing.

By: */s/ Lauren Godles Milgroom*
Lauren Godles Milgroom