# United States Court of Appeals
## For the First Circuit

_____

Nos. 21-1172
     21-1195

BLOCK & LEVITON LLP,

Plaintiff - Appellee,

v.

FACEBOOK, INC.,

Defendant - Appellant,

FEDERAL TRADE COMMISSION,

Defendant - Appellee.

_____

**JUDGMENT**

Entered: June 8, 2021

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

                                                                By the Court:

                                                                Maria R. Hamilton, Clerk

cc:
Joshua S. Lipshutz
Jeremy Ochsenbein
Andrew J. Wilhelm
Jason Mathew Leviton
Joel Anderson Fleming
Lauren Godles Milgroom
Donald Campbell Lockhart
Jason C. Weida

Daniel Tenny
Karen Schoen